■ WENDY IRENE, Respondent, v JUAN IRENE, Appellant. (Appeal No. 1.) [836 NYS2d 465]—Appeal from a decision (denominated memorandum and decision and order) of the Supreme Court, Erie County (John A. Michalek, J.), entered February 1, 2006 in a divorce action. The decision determined defendant's child support obligation.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Plastic Surgery Group of Rochester, LLC v Evangelisti*, 39 AD3d 1265 [2007]). Present—Martoche, J.P., Smith, Centra and Lunn, JJ.